## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| **Plaintiff,**    ) | |
| ) | |
| **vs.**    ) | **CRIMINAL NO.  05-30086-15-GPM** |
| ) | |
| GUADALUPE ESTRADA,    ) | |
| ) | |
| **Defendant.**    ) | |

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

**MURPHY, Chief District Judge:**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of Defendant Guadalupe Estrada to Counts 1 and 7 of the Indictment is hereby accepted, and Defendant is adjudged guilty of such offenses.

A Presentence Investigation Report is ordered.  The Court will defer a decision on the Plea Agreement pending review of the Presentence Investigation Report.

Sentencing is hereby scheduled for Monday, July 31, 2006, at 9:00 a.m.

**IT IS SO ORDERED.**

DATED:  05/16/06


s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge